# United States District Court
## Violation Notice
(Rev. 1/2020)

(For issuance of an arrest warrant or summons)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| WW13 | E1225700 | Yap | 034 |

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense (mm/dd/yyyy): 10/04/2025 1620
Offense Charged: ☐ CFR ☐ USC ☑ State Code
RCW 70A.200.060(1)(b)(2)(b)

Place of Offense: JBLM Rainier Rd & Spurgeon Crk Rd

Offense Description: Factual Basis for Charge — HAZMAT ☐
Dispose of litter upon any public property in the state (greater than one cubic foot but less than 6 cubic yards)

**DEFENDANT INFORMATION**

Last Name: Santos-Pioquinto
First Name: Margarito L

Tag No.: C05101X    State: WA    Year: 04    Make/Model: Ford F-150    Color: WH

**APPEARANCE IS REQUIRED**
A ☑ If Box A is checked, you must appear in court. See instructions.

**APPEARANCE IS OPTIONAL**
B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

**YOUR COURT DATE**
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____    Date: _____    Time: _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: [signature]

Original - CVB Copy

*E1225700*

---

I state that on Oct 04, 2025 while exercising my duties as a law enforcement officer in the Western District of WA

See Attached

The foregoing statement is based upon:
☑ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 10/04/2025    Officer's Signature: [signature]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____    U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 11/26/2025 13:15